**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2971-17T4

BRIAN SHELBY,

     Plaintiff-Respondent,

v.

GAVEN AUTO SALES,

     Defendant-Appellant.

_____

          Submitted February 26, 2019 – Decided March 29, 2019

          Before Judges Yannotti and Gilson.

          On appeal from Superior Court of New Jersey, Law Division, Morris County, Docket No. DC-008528-17.

          DiBiasi & Rinaldi, LLC, attorneys for appellant (Stephanie Rozalski, on the brief).

          Brian Shelby, respondent pro se.

PER CURIAM

We have been advised that this matter has been amicably resolved and appellant has advised the court that it is withdrawing this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2971-17T4